UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTINE L. ROBERTS,            )
                                 )
        Plaintiff,               )    CIVIL ACTION NO.
                                 )    13-cv-11198-DPW
v.                               )
                                 )
MERCANTILE ADJUSTMENT            )
BUREAU, LLC,                     )
                                 )
        Defendant.               )
                                 )

## SETTLEMENT ORDER OF DISMISSAL

WOODLOCK, District Judge

    The Court having been formally advised that the above-entitled action has been settled on **8/9/13** with respect to all parties;

    IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party upon good cause shown within **30 days**, to reopen the action if settlement is not consummated, otherwise the parties shall file a Stipulation of Dismissal or an Agreement for Judgment with the Court no later than **9/9/13**.

                                              BY THE COURT,

                                              /S/ Jarrett Lovett
                                              Deputy Clerk

Dated: 8/9/13